Rex K. Daines, OSB # 95244
OlsenDaines, P.C.
PO Box 12829
Salem, OR 97309
Ph: (503) 362-9393
rdaines@olsendaines.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE:<br><br>Edgar Valenzuela,<br>Priscilla Valenzuela,<br><br>        Debtors.<br><br>Edgar Valenzuela,<br>Priscilla Valenzuela,<br><br>        Plaintiffs,<br><br>v.<br><br>Capital One Bank (USA), N.A.,<br><br>        Defendant. | Case No. 19-31642-tmb13<br><br>Adv. Proc. No.<br><br>COMPLAINT TO AVOID PREFERENCE |

    Plaintiffs, Edgar and Priscilla Valenzuela, by and through their attorney, Rex K. Daines, allege the following:

**JURISDICTION AND VENUE**

1. This Adversary Proceeding is one arising out of the Plaintiffs' bankruptcy case number 19-31642-tmb13, filed under Chapter 13 of Title 11, now pending in this Court. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §157, §1334, and 11 U.S.C. §523(b).

2. This suit contains a core proceeding, which this Court has jurisdiction over under 28 U.S.C. §157(b).

Page 1- COMPLAINT TO AVOID PREFERENCE

**OlsenDaines, P.C.**
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 20-03048-tmb     Doc 1     Filed 04/27/20

3. Venue is correct because the Plaintiffs' chapter 13 is currently pending with this Court. 28 U.S.C. §1409.

## PARTIES

4. Plaintiffs are the Debtors in the above lead case filed with this court on May 03, 2019.
5. Defendant, Capital One Bank (USA), N.A. (hereinafter "Capital One"), is authorized to conduct business under the laws of Oregon.

## FACTUAL BACKGROUND

6. Plaintiffs have an interest in real property located at 2071 NW Bella Vista Dr. Gresham, OR 97030 ("the property").
7. On or about April 5th, 2019, Capital One obtained a judgment lien against Plaintiffs in Multnomah County Circuit Court in case no. 19CV04373 (see Exhibit A).
8. By operation of law, the Capital One judgment entered on or about April 5th, 2019 created a lien that attached to the property. The creation of the lien is a transfer as defined by 11 § 101(54).
9. The transfer was made on account of an antecedent debt and was made while the Plaintiffs were insolvent.
10. The transfer was made within the ninety (90) day period prior to the filing of Plaintiffs' chapter 13 petition; and,
11. The transfer enabled Capital One to get more than it otherwise would have received if such transfer had not been made and more than the creditor would have received on the debt through a Chapter 7 proceeding.
12. The transfer was otherwise avoidable by the trustee as the ninety (90) day preference period commenced on February 2nd, 2019 and terminated on the date of filing, May 3rd, 2019. Capital One's judgment was entered and the lien attached on April 5th, 2019.
13. Plaintiffs seek to avoid the Capital One judgment lien that attached to the property during the 90 day preference period.

Page 2- COMPLAINT TO AVOID PREFERENCE

OlsenDaines, P.C.
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 20-03048-tmb    Doc 1    Filed 04/27/20

## CAUSE OF ACTION

### (11 U.S.C. § 547)

**14.** Plaintiffs re-allege paragraphs 1-13.

**15.** Under 11 U.S.C. § 547(b), Plaintiffs are entitled to avoid the transfer made to Capital One during the 90 days prior to the commencement of their bankruptcy case.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray this court enter a Judgment Avoiding the Judgment Lien of Capital One entered in Multnomah County Circuit Court case no. 19CV04373 in full.

DATED: April 27, 2020

By: /s/ Rex K. Daines
Rex K. Daines, OSB # 95244
OlsenDaines, P.C.
Attorney for Plaintiffs

Page 3- COMPLAINT TO AVOID PREFERENCE

**OlsenDaines, P.C.**
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 20-03048-tmb    Doc 1    Filed 04/27/20

## Case Information

19CV04373 | Capital One Bank (Usa), N.a. vs Edgar Valenzuela

Case Number
19CV04373

Court
MUL Civil

File Date
01/26/2019

Case Type
Contract

Case Status
Closed

## Party

Plaintiff
Capital One Bank (Usa), N.a.

Active Attorneys ▾
Lead Attorney
ANDERSON, JONATHAN D
Retained

Defendant
Valenzuela, Edgar

## Disposition Events

04/05/2019 Judgment ▾

Judicial Officer
Bushong, Stephen K.

Judgment Type
Judgment - General Creates Lien

Monetary Award
    Signed Date: 04/0...
    Expiration Date: 0...
    Total: $23906.71

Party
    Name: Valenzuela, Edgar